It follows from what we have said that we hold that the omitted statutes, as embodied in the Penal Code of 1911 and subsequent enactments, have not been repealed.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## McNEIL v. STATE.
### No. 17961.

Court of Criminal Appeals of Texas.
Feb. 26, 1936.

Petty & Sessions, of Ballinger, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for ten years.

The state's testimony was to the effect that appellant and another man exhibited pistols and took from the possession of Mrs. J. W. Gosnell $63 in money. Mrs. Gosnell was acquainted with appellant. She positively identified him as one of the men who participated in the robbery. Other witnesses testified to the effect that the robbery was perpetrated. Appellant did not testify and introduced no witnesses.

In reply to a question by counsel for the state, one of the witnesses said: "Well, a robbery was perpetrated." Appellant's objection on the ground that the statement of the witness was a conclusion was overruled. It was uncontroverted that two men robbed Mrs. Gosnell. The witness who made the statement we have quoted did not undertake to testify that appellant perpetrated the robbery. However, Mrs. Gosnell positively identified appellant. Under the circumstances, if it should be conceded that appellant's objection should have been sustained, the matter presents harmless error.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.